UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ERIC ROGERS,

          Plaintiff,

-against-

PRAYOSHA 3192 INC. d/b/a BROADWAY DELI & GRILL; and BROADWAY 21 STREET LLC,

          Defendants.

Case No. 16-cv-03921-SMG

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims and cross-claims be dismissed in their entirety with prejudice, each party to bear its own attorneys' fees, experts' fees, interest, costs and disbursements.

Dated: New York, New York

February 13, 2017

_____
Deon J. Nossel, Esq.
*Attorney for Plaintiff*
253 West 72nd Street, #507
New York, New York 10023
(917) 817-2430
deon.nossel@gmail.com

_____
MALAPERO & PRISCO LLP
By: Jeffrey N. Rejan, Esq. (JNR 1580)
*Attorneys for Defendant Prayosha 3192, Inc.*
185 Madison Avenue, 4th Floor
New York, NY 10016
(212) 661-7300
jrejan@malaperoprisco.com

_____
FAUST GOETZ SCHENKER & BLEE
By: Randy S. Faust, Esq.
*Attorneys for Broadway 21 Street LLC*
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900
rfaust@fgsb.com